UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL BOERS,<br><br>         Plaintiff,<br><br>    v.<br><br>REYNOLDS & REYNOLDS DDS, PLLC, et al.,<br><br>         Defendants. | NO: 12-CV-0494-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal With Prejudice (ECF No. 21). Pursuant to the parties' stipulation, the Court will dismiss this case with prejudice and without costs or attorney's fees to any party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**IT IS HEREBY ORDERED**:

Pursuant to the parties' Stipulation of Dismissal With Prejudice (ECF No. 21), all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** August 13, 2013.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2